# EXHIBIT

# 2

# AGREEMENT TO TRANSFER RECORDS TO THE NATIONAL ARCHIVES OF THE UNITED STATES

FRC

**1. INTERIM CONTROL NO.** (NARA Use Only)

## TERMS OF AGREEMENT

The records described below and on the attached ___ pages are deposited in the National Archives of the United States in accordance with 44 U.S.C. 2107. ~~The transferring agency certifies that any restrictions on the use of these records are in conformance with the requirements of 5 U.S.C. 552.~~

In accordance with 44 U.S.C. 2108, custody of those records becomes the responsibility of the Archivist of the United States at the time of transfer of the records. It is agreed that these records will be administered in accordance with the provisions of 44 U.S.C. Chapter 21, 36 CFR XII, 36 CFR Part 1256, and such other rules and regulations as may be prescribed by the Archivist of the United States (The Archivist). Unless specified and justified below, no restrictions on the use of these records will be imposed other than the general and specific restrictions on the use of records in the National Archives of the United States that have been published in 36 CFR Part 1256 or in the Guide to the National Archives of the United States. The Archivist may destroy, donate, or otherwise dispose of any containers, duplicate copies, unused forms, blank stationery, nonarchival printed or processed material, or other non record material in any manner authorized by law or regulation. Without further consent, the Archivist may destroy deteriorating or damaged documents after they have copied in a form that retains all of the information in the original document. The Archivist will use the General Records Schedule and any applicable records disposition schedule (SF 115) of the transferring agency to dispose of nonarchival materials contained in this deposit.

**2A. AGENCY APPROVAL**
Signature _____ Date 2/11/11

**3A. NARA APPROVAL**
Signature _____ Date 2/8/2011

**2B. NAME, TITLE, MAILING ADDRESS**
Sarah Zuckerman
Financial Crisis Inquiry Commission
1717 Pennsylvania Ave, NW
Washington, DC 20006

**3B. NAME, TITLE, MAILING ADDRESS**
Matt Fulgham
Assistant Director, Center for Legislative Archives (NARA)
700 Pennsylvania Ave, NW
Washington, DC 20408

## RECORDS INFORMATION

**4A. RECORDS SERIES TITLE**   Records of the Financial Crisis Inquiry Commission

**4B. DATE SPAN OF SERIES**   2009-2011   (Attach any additional description)

**5A. AGENCY OR ESTABLISHMENT**
Legislative branch commission

**5B. AGENCY MAJOR SUBDIVISION**

**5C. AGENCY MINOR SUBDIVISION**

**5D. UNIT THAT CREATED RECORDS**

**5E. AGENCY PERSON WITH WHOM TO CONFER ABOUT THE RECORDS**
Name: Sarah Zuckerman
Telephone Number: 202-292-1388

**6. DISPOSITION AUTHORITY:**
pending records schedule (NN1-148- )

**7. IS SECURITY CLASSIFIED INFORMATION PRESENT?** __X__ NO ___ YES
LEVEL: ___ Confidential  ___ Secret  ___ Top Secret
SPECIAL MARKINGS: ___ RD/FRD  ___ SCI  ___ NATO  ___ Other
INFORMATION STATUS: ___ Segregated  ___ Declassified

**8. CURRENT LOCATION OF RECORDS**
__X__ Agency (Complete 8A only)
_____ Federal Records Center (Complete 8B only)

**8A. ADDRESS:**
1717 Pennsylvania Ave, NW
Washington, DC 20006

**8B. FRC ACCESSION NUMBER**   **CONTAINER NUMBERS**   **FRC LOCATION**

**9. PHYSICAL FORMS**
X Paper Documents    ___ Posters
X Paper Publications ___ Maps and Charts
___ Microfilm/Microfiche  ___ Architectural Drawings
X Electronic Records  ___ Motion/Sound/Video
___ Photographs       ___ Other (specify):

**10. VOLUME**   **CONTAINERS:**
Cu. Mtr:   Cu.Ft.: 293   Number: 293   Type: FRC

**11. DATE RECORDS ELIGIBLE FOR TRANSFER TO THE ARCHIVES**
Feb, 2011

**12. ARE RECORDS FULLY AVAILABLE FOR PUBLIC USE?**
___ YES   X NO   (If no, attach limits on use and justification)

**13. ARE RECORDS SUBJECT TO THE PRIVACY ACT?**
___ YES   X NO
(If yes, cite Agency System Number and Federal Register volume and page number of most recent notice and attach a copy of this notice.)

**14. ATTACHMENTS**
___ Agency Manual Except        ___ Listing of Records Transferred
___ Additional Description      ___ NA Form 14097 or Equivalent
___ Privacy Act Notice          ___ Microform Inspection Report
X Other (specify): Access letter  ___ SF(s) 135

## NARA PROVIDES

**5. SHIPPING INSTRUCTIONS TO AGENCIES/REMARKS REGARDING DISPOSITION**

**RG 148**

**6. RECORDS ACCEPTED INTO THE NATIONAL ARCHIVES OF THE UNITED STATES**
Signature _____ Date 2/11/11

**17. NATIONAL ARCHIVES ACCESSION NO.**
NN3-148-11-001