# EXHIBIT

# 6



# NATIONAL
# ARCHIVES

E-MAILED JAN 13 2012

January 10, 2012

Daniel Epstein
Cause of Action
2100 M Street
Suite 170-247
Washington, DC 20037

Re:  Freedom of Information Act Appeal NGC12-012A

Dear Mr. Epstein:

This is in response to your Freedom of Information Act (FOIA) appeal of January 5, 2012, regarding access to the records of the Financial Crisis Inquiry Commission (FCIC) in the custody of the National Archives and Records Administration (NARA).  Your appeal was received in this office on January 5, 2012 and was given the case number **NGC12-012A**.

If you wish to know the status of your request please feel free to contact me directly.  I may be reached by phone at (301) 837-0583 or by e-mail at joseph.scanlon@nara.gov.

Sincerely,

JOSEPH A. SCANLON
NARA FOIA Officer
Office of General Counsel

NATIONAL ARCHIVES *and*
RECORDS ADMINISTRATION

8601 ADELPHI ROAD
COLLEGE PARK, MD 20740-6001
*www.archives.gov*