# EXHIBIT

# 8



# NATIONAL ARCHIVES

April 18, 2012

Peter J. Wallison
1880 Lazy O Road
Snowmass, Colorado 81654
Pwallison@aol.com

      By Email

Dear Mr. Wallison:

      In your letter of April 5, 2012, you have asked for NARA's policy on providing access to former government officials, such as yourself, to the records of the Financial Crisis Inquiry Commission on which you served that are now permanently preserved in the National Archives.

      As we discussed on the phone, non-governmental officials presumptively have no right of access to non-public information that is maintained by the National Archives (or any other government agency). Access to records in the National Archives is controlled by applicable statutory requirements found in such statutes as the Freedom of Information Act, the Privacy Act, the Federal Records Act, and the Presidential Records. Our policies on access can be found in our corresponding regulations, at 36 C.F.R. Part 1202 (Privacy Act); Part 1250 (FOIA); Part 1256 (Federal Records); Part 1270 (Presidential Records); Part 1275 (Nixon Presidential Materials).

      Only in the past few years have members of commissions requested that the Archivist of the United States allow for continued access by former commissioners and their senior staff. The request was premised on the limited need to prepare for possible subsequent congressional hearings or queries on the work of the commission. There is no statutory or regulatory requirement that the Archivist grant this request. However, the Archivist has determined that it is reasonable to grant former Commissioners and their senior staff continued access to the records of the Commission for the limited purpose described above. This discretionary access is limited to the persons named in the request letter from the former Chairman of the Commission, and thus does not extend to other persons, including representatives of the named persons.

      We are making arrangements to facilitate your access to the commission records that you have requested, if you would still like to come. The records will be available on a computer in a

NATIONAL ARCHIVES and
RECORDS ADMINISTRATION

8601 ADELPHI ROAD
COLLEGE PARK MD 20740-6001

www.archives.gov

GARY M STERN
GENERAL COUNSEL

SUITE 3110
T 301 837 3026

garym.stern@nara.gov

secure research room at our Main Archives Building 700 Pennsylvania Avenue, NW, in Washington, DC, during regular business hours.

Sincerely,

GARY M. STERN
General Counsel