# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAUSE OF ACTION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:12-cv-1342 (JEB) |
| ) | |
| NATIONAL ARCHIVES AND ) | |
| RECORDS ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), defendant National Archives and Records Administration ("NARA") hereby moves to dismiss Plaintiff's complaint for failure to state a claim upon which relief can be granted, and in the alternative moves for summary judgment pursuant to Federal Rule of Civil Procedure 56(a). The reasons supporting NARA's motion are set forth in the accompanying memorandum of law.

Dated: October 31, 2012

Respectfully Submitted,

STUART F. DELERY
Acting Assistant Attorney General

RONALD C. MACHEN JR.
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Daniel Schwei*
Daniel Schwei
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530

-2-

Tel:  202-305-8693
Fax:  202-616-8470
daniel.s.schwei@usdoj.gov

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 31, 2012, a copy of the foregoing Motion to Dismiss, Or in the Alternative for Summary Judgment, was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

                */s/ Daniel Schwei*
                Daniel Schwei