**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
|  |  |
|---|---|
| CAUSE OF ACTION, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:12-cv-1342 (JEB) |
| | ) |
| NATIONAL ARCHIVES AND | ) |
| RECORDS ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |
_____)

## **[PROPOSED] ORDER**

Upon consideration of Defendant's motion to dismiss or in the alternative for summary judgment, and any response and reply thereto, it is hereby ORDERED that Defendant's motion is GRANTED and that the action is dismissed.


Dated: _____          _____
                                      JAMES E. BOASBERG
                                      United States District Judge