EXHIBIT 2

# APPENDIX B:
# LIST OF HEARINGS AND WITNESSES

### Public Meeting of the FCIC, Washington, DC, September 17, 2009

Statements by commissioners

### Roundtable Discussion, Washington, DC, October 20, 2009

Martin Baily, Senior Fellow in Economic Studies, Brookings Institution

Simon Johnson, Ronald A. Kurtz Professor of Entrepreneurship, Sloan School of Management, Massachusetts Institute of Technology

Hal S. Scott, Nomura Professor and Director of the Program on International Financial Systems, Harvard Law School

Joseph Stiglitz, Professor, Columbia Business School, Graduate School of Arts and Sciences (Department of Economics) and the School of International and Public Affairs

John B. Taylor, Mary and Robert Raymond Professor of Economics and the Bowen H. and Janice Arthur McCoy Senior Fellow at the Hoover Institution, Stanford University

Luigi Zingales, Robert C. McCormack Professor of Entrepreneurship and Finance and the David G. Booth Faculty Fellow, University of Chicago Booth School of Business

### Roundtable Discussion, Washington, DC, November 16, 2009

David A. Moss, The John G. McLean Professor, Harvard Business School

Carmen M. Reinhart, Professor of Economics and Director of the Center for International Economics, University of Maryland

### Public Hearing, Washington, DC, Day 1, January 13, 2010

*Session 1: Financial Institution Representatives*

Lloyd C. Blankfein, Chairman of the Board and Chief Executive Officer, Goldman Sachs Group, Inc.

James Dimon, Chairman of the Board and Chief Executive Officer, JPMorgan Chase & Co.

John J. Mack, Chairman of the Board, Morgan Stanley

Brian T. Moynihan, Chief Executive Officer and President, Bank of America Corporation

*Session 2: Financial Market Participants*

Michael Mayo, Managing Director and Financial Services Analyst, Calyon Securities (USA) Inc.

J. Kyle Bass, Managing Partner, Hayman Advisors, LP

Peter J. Solomon, Founder and Chairman, Peter J. Solomon Company

*Session 3: Financial Crisis Impacts on the Economy*

545

Mark Zandi, Chief Economist and Co-founder, Moody's Economy.com

Kenneth T. Rosen, Chair, Fisher Center for Real Estate and Urban Economics, University of California, Berkeley

Julia Gordon, Senior Policy Counsel, Center for Responsible Lending

C. R. "Rusty" Cloutier, President and Chief Executive Officer, MidSouth Bank, N.A., Past Chairman, Independent Community Bankers Association

### Public Hearing, Washington, DC, Day 2, January 14, 2010

*Session 1: Current Investigations into the Financial Crisis—Federal Officials*

Eric H. Holder Jr., Attorney General, U.S. Department of Justice

Lanny A. Breuer, Assistant Attorney General, Criminal Division, U.S. Department of Justice

Sheila C. Bair, Chairman, U.S. Federal Deposit Insurance Corporation

Mary L. Schapiro, Chairman, U.S. Securities and Exchange Commission

*Session 2: Current Investigations into the Financial Crisis—State and Local Officials*

Lisa Madigan, Attorney General, State of Illinois

John W. Suthers, Attorney General, State of Colorado

Denise Voigt Crawford, Commissioner, Texas Securities Board, and President, North American Securities Administrators Association, Inc.

Glenn Theobald, Chief Counsel, Miami-Dade County Police Department; Chairman, Mayor Carlos Alvarez Mortgage Fraud Task Force

### Forum to Explore the Causes of the Financial Crisis, American University Washington College of Law, Washington, DC, Day 1, February 26, 2010

*Session 1: Interconnectedness of Financial Institutions; "Too Big to Fail"*

Randall Kroszner, Norman R. Bobins Professor of Economics, University of Chicago

*Session 2: Macroeconomic Factors and U.S. Monetary Policy*

Pierre-Olivier Gourinchas, Associate Professor of Economics, University of California, Berkeley

*Session 3: Risk Taking and Leverage*

John Geanakoplos, James Tobin Professor of Economics, Yale University

*Session 4: Household Finances and Financial Literacy*

Annamaria Lusardi, Joel Z. and Susan Hyatt Professor of Economics, Dartmouth University; Research Associate at the National Bureau of Economic Research

### Forum to Explore the Causes of the Financial Crisis, American University Washington College of Law, Washington, DC, Day 2, February 27, 2010

*Session 5: Mortgage Lending Practices and Securitization*

Chris Mayer, Paul Milstein Professor of Real Estate, Columbia University; Visiting Scholar at the Federal Reserve Bank of New York and Research Associate at the National Bureau of Economic Research

*Session 6: Government-Sponsored Enterprises and Housing Policy*

Dwight Jaffee, Willis Booth Professor of Banking, Finance, and Real Estate; Co-chair, Fisher Center for Real Estate and Urban Economics, University of California, Berkeley

*Session 7: Derivatives and Other Complex Financial Instruments*

Markus Brunnermeier, Edwards S. Sanford Professor of Economics, Princeton University

*Session 8: Firm Structure and Risk Management*
   Anil Kashyap, Edward Eagle Brown Professor of Economics and Finance and Richard N. Rosett
Faculty Fellow, University of Chicago

*Session 9: Shadow Banking*
   Gary Gorton, Professor of Finance, School of Management, Yale University

**Public Hearing on Subprime Lending and Securitization and Government-Spon-
sored Enterprises (GSEs), Rayburn House Office Building, Room 2123, Washington,
DC, Day 1, April 7, 2010**

*Session 1: The Federal Reserve*
   Alan Greenspan, Former Chairman, Board of Governors of the Federal Reserve System

*Session 2: Subprime Origination and Securitization*
   Richard Bitner, Managing Director of Housingwire.com; Author, *Confessions of a Subprime
Lender: An Insider's Tale of Greed, Fraud, and Ignorance*
   Richard Bowen, Former Senior Vice President and Business Chief Underwriter, CitiMortgage,
Inc.
   Patricia Lindsay, Former Vice President, Corporate Risk, New Century Financial Corporation
   Susan Mills, Managing Director of Mortgage Finance, Citi Markets & Banking, Global Securi-
tized Markets

*Session 3: Citigroup Subprime-Related Structured Products and Risk Management*
   Murray C. Barnes, Former Managing Director, Independent Risk, Citigroup, Inc.
   David C. Bushnell, Former Chief Risk Officer, Citigroup, Inc.
   Nestor Dominguez, Former Co-head, Global Collateralized Debt Obligations, Citi Markets &
Banking, Global Structured Credit Products
   Thomas G. Maheras, Former Co-chief Executive Officer, Citi Markets & Banking

**Public Hearing on Subprime Lending and Securitization and Government-Spon-
sored Enterprises (GSEs), Rayburn House Office Building, Room 2123, Washington,
DC, Day 2, April 8, 2010**

*Session 1: Citigroup Senior Management*
   Charles O. Prince, Former Chairman of the Board and Chief Executive Officer, Citigroup, Inc.
   Robert Rubin, Former Chairman of the Executive Committee of the Board of Directors, Citi-
group, Inc.

*Session 2: Office of the Comptroller of the Currency*
   John C. Dugan, Comptroller, Office of the Comptroller of the Currency
   John D. Hawke Jr., Former Comptroller, Office of the Comptroller of the Currency

**Public Hearing on Subprime Lending and Securitization and Government-Spon-
sored Enterprises (GSEs), Rayburn House Office building, Room 2123, Washington,
DC, Day 3, April 9, 2010**

*Session 1: Fannie Mae*
   Robert J. Levin, Former Executive Vice President and Chief Business Officer, Fannie Mae
   Daniel H. Mudd, Former President and Chief Executive Officer, Fannie Mae

*Session 2: Office of Federal Housing Enterprise Oversight*
   Armando Falcon Jr., Former Director, Office of Federal Housing Enterprise Oversight
   James Lockhart, Former Director, Office of Federal Housing Enterprise Oversight

**Public Hearing on the Shadow Banking System, Dirksen Senate Office Building, Room 538, Washington DC, Day 1, May 5, 2010**

*Session 1: Investment Banks and the Shadow Banking System*
　Paul Friedman, Former Senior Managing Director, Bear Stearns
　Samuel Molinaro Jr., Former Chief Financial Officer and Chief Operating Officer, Bear Stearns
　Warren Spector, Former President and Co-chief Operating Officer, Bear Stearns

*Session 2: Investment Banks and the Shadow Banking System*
　James E. Cayne, Former Chairman and Chief Executive Officer, Bear Stearns
　Alan D. Schwartz, Former Chief Executive Officer, Bear Stearns

*Session 3: SEC Regulation of Investment Banks*
　Charles Christopher Cox, Former Chairman, U.S. Securities and Exchange Commission
　William H. Donaldson, Former Chairman, U.S. Securities and Exchange Commission
　H. David Kotz, Inspector General, U.S. Securities and Exchange Commission
　Erik R. Sirri, Former Director Division of Trading & Markets, U.S. Securities and Exchange Commission

**Public Hearing on the Shadow Banking System, Dirksen Senate Office Building, Room 538, Washington DC, Day 2, May 6, 2010**

*Session 1: Perspective on the Shadow Banking System*
　Henry M. Paulson Jr., Former Secretary, U.S. Department of the Treasury

*Session 2: Perspective on the Shadow Banking System*
　Timothy F. Geithner, Secretary, U.S. Department of the Treasury; Former President, Federal Reserve Bank of New York

*Session 3: Institutions Participating in the Shadow Banking System*
　Michael A. Neal, Vice Chairman, General Electric; Chairman and Chief Executive Officer, GE Capital
　Mark S. Barber, Vice President and Deputy Treasurer, GE Capital
　Paul A. McCulley, Managing Director, PIMCO
　Steven R. Meier, Chief Investment Officer, State Street

**Public Hearing on Credibility of Credit Ratings, the Investment Decisions Made Based on Those Ratings, and the Financial Crisis, The New School Arnhold Hall, Theresa Lang Community & Student Center, 55 West 13th Street, 2nd Floor, New York, NY, June 2, 2010**

*Session 1: The Ratings Process*
　Eric Kolchinsky, Former Team Managing Director, US Derivatives, Moody's Investors Service
　Jay Siegel, Former Team Managing Director, Moody's Investors Service
　Nicolas S. Weill, Group Managing Director, Moody's Investors Service
　Gary Witt, Former Team Managing Director, US Derivatives, Moody's Investors Service

*Session 2: Credit Ratings and the Financial Crisis*
　Warren E. Buffett, Chairman and Chief Executive Officer, Berkshire Hathaway
　Raymond W. McDaniel, Chairman and Chief Executive Officer, Moody's Corporation

*Session 3: The Credit Rating Agency Business Model*
　Brian M. Clarkson, Former President and Chief Operating Officer, Moody's Investors Service (written testimony only due to a medical emergency)
　Mark Froeba, Former Senior Vice President, US Derivatives, Moody's Investors Service
　Richard Michalek, Former Vice President/Senior Credit Officer, Moody's Investors Service

**Public Hearing on the Role of Derivatives in the Financial Crisis, Dirksen Senate Office Building, Room 538, Washington, DC, Day 1, June 30, 2010**

*Session 1: Overview of Derivatives*

Michael Greenberger, Professor, University of Maryland School of Law

Steve Kohlhagen, Former Professor of International Finance, University of California, Berkeley, and former Wall Street derivatives executive

Albert "Pete" Kyle, Charles E. Smith Chair Professor of Finance, University of Maryland

Michael Masters, Chief Executive Officer, Masters Capital Management, LLC

*Session 2: American International Group, Inc. and Derivatives*

Joseph J. Cassano, Former Chief Executive Officer, American International Group, Inc. Financial Products

Robert E. Lewis, Senior Vice President and Chief Risk Officer, American International Group, Inc.

Martin J. Sullivan, Former Chief Executive Officer, American International Group, Inc.

*Session 3: Goldman Sachs Group, Inc. and Derivatives*

Craig Broderick, Managing Director, Head of Credit, Market, and Operational Risk, Goldman Sachs Group, Inc.

Gary D. Cohn, President and Chief Operating Officer, Goldman Sachs Group, Inc.

**Public Hearing on the Role of Derivatives in the Financial Crisis, Dirksen Senate Office Building, Room 538, Washington DC, Day 2, July 1, 2010**

*Session 1: American International Group, Inc. and Goldman Sachs Group, Inc.*

Steven J. Bensinger, Former Executive Vice President and Chief Financial Officer, American International Group, Inc.

Andrew Forster, Former Senior Vice President and Chief Financial Officer, American International Group, Inc. Financial Services

Elias F. Habayeb, Former Senior Vice President and Chief Financial Officer, American International Group, Inc. Financial Services

David Lehman, Managing Director, Goldman Sachs Group, Inc

David Viniar, Executive Vice President and Chief Financial Officer, Goldman Sachs Group, Inc.

*Session 2: Derivatives: Supervisors and Regulators*

Eric R. Dinallo, Former Superintendant, New York State Insurance Department

Gary Gensler, Chairman, Commodity Futures Trading Commission

Clarence K. Lee, Former Managing Director for Complex and International Organizations, Office of Thrift Supervision

**Public Hearing on Too Big to Fail: Expectations and Impact of Extraordinary Government Intervention and the Role of Systemic Risk in the Financial Crisis, Dirksen Senate Office Building, Room 538, Washington DC, Day 1, September 1, 2010**

*Session 1: Wachovia Corporation*

Scott G. Alvarez, General Counsel, Board of Governors of the Federal Reserve System

John H. Corston, Acting Deputy Director, Division of Supervision and Consumer Protection, U.S. Federal Deposit Insurance Corporation

Robert K. Steel, Former President and Chief Executive Officer, Wachovia Corporation

*Session 2: Lehman Brothers*

Thomas C. Baxter, Jr., General Counsel and Executive Vice President, Federal Reserve Bank of New York

Richard S. "Dick" Fuld Jr., Former Chairman and Chief Executive Officer, Lehman Brothers
Harvey R. Miller, Business Finance & Restructuring Partner, Weil, Gotshal & Manges, LLP
Barry L. Zubrow, Chief Risk Officer, JPMorgan Chase & Co.

**Public Hearing on Too Big to Fail: Expectations and Impact of Extraordinary Government Intervention and the Role of Systemic Risk in the Financial Crisis, Dirksen Senate Office Building, Room 538, Washington DC, Day 2, September 2, 2010**

*Session 1: The Federal Reserve*

Ben S. Bernanke, Chairman, Board of Governors of the Federal Reserve System

*Session 2: The Federal Deposit Insurance Corporation*

Sheila C. Bair, Chairman, U.S. Federal Deposit Insurance Corporation

**Public Hearing on the Impact of the Financial Crisis—Greater Bakersfield, Kern County Board of Supervisors Chambers, 1115 Truxtun Avenue, Bakersfield, CA, September 7, 2010**

*Session 1: Welcome*

Congressman Kevin McCarthy, California's 22nd District
Ray Watson, Kern County Supervisor, District 4
Irma Carson, Bakersfield City Councilwoman, Ward 1

*Session 2: Local Banking*

Arnold Cattani, Chairman, Mission Bank
Steve Renock, President and CEO, Kern Schools Federal Credit Union
D. Linn Wiley, Vice Chairman, CVB Financial Corporation and Citizens Business Bank

*Session 3: Residential and Community Real Estate*

Gregory D. Bynum, President, Gregory D. Bynum and Associates, Inc.
Warren Peterson, Warren Peterson Construction, Inc.

*Session 4: Local Housing Market*

Gary Crabtree, Principal Owner, Affiliated Appraisers
Lloyd Plank, Lloyd E. Plank Real Estate Consultants

*Session 5: Foreclosures and Loan Modifications*

Brenda Amble, Escrow Manager, Ticor Title
Laurie McCarty, Coldwell Banker Preferred
Jeannie McDermott, Small Business Owner

*Session 6: Forum for Public Comment*

James Stephen Urner
Marvin Dean
Marie Vasile

**Public Hearing on the Impact of the Financial Crisis—State of Nevada, University of Nevada, Las Vegas, Student Union Building, Las Vegas, NV, September 8, 2010**

*Session 1: Economic Analysis of the Impact of the Financial Crisis on Nevada*

Jeremy Aguero, Principal, Applied Analysis

*Session 2: The Impact of the Financial Crisis on Businesses of Nevada*

Steve Hill, Founder, Silver State Materials Corporation; Immediate Past Chairman, Las Vegas Chamber of Commerce
William E. Martin, Vice Chairman and Chief Executive Officer, Service 1st Bank of Nevada

Wally Murray, President and Chief Executive Officer, Greater Nevada Credit Union

Philip G. Satre, Chairman, International Gaming Technology (IGT); Chairman, NV Energy, Inc.

*Session 3: The Impact of the Financial Crisis on Nevada Real Estate*

Daniel G. Bogden, United States Attorney, State of Nevada

Gail Burks, President and Chief Executive Officer, Nevada Fair Housing Center

Brian Gordon, Principal, Applied Analysis

Jay Jeffries, Former Southwest Regional Sales Manager, Fremont Investment & Loan

*Session 4: The Impact of the Financial Crisis on Nevada Public and Community Services*

Andrew Clinger, Director of the Department of Administration, Chief of the Budget Division, State of Nevada

Jeffrey Fontaine, Executive Director, Nevada Association of Counties

David Fraser, Executive Director, Nevada League of Cities

Dr. Heath Morrison, Superintendent, Washoe County School District

*Session 5: Forum for Public Comment*

**Public Hearing on the Impact of the Financial Crisis—Miami, Florida, Florida International University, Modesto A. Madique Campus, Miami, FL, September 21, 2010**

*Session 1: Overview of Mortgage Fraud*

William K. Black, Associate Professor of Economics and Law, University of Missouri–Kansas City

Ann Fulmer, Vice President of Business Relations, Interthinx; Co-founder, Georgia Real Estate Fraud Prevention and Awareness Coalition

Henry N. Pontell, Professor of Criminology, Law & Society and Sociology, University of California, Irvine

*Session 2: Uncovering Mortgage Fraud in Miami*

Dennis J. Black, President, D. J. Black & Company

Edward Gallagher, Executive Officer, Economic Crimes Bureau, Mortgage Fraud Task Force, Miami-Dade Police Department

Jack Rubin, Senior Vice President, JPMorgan Chase Bank

Ellen Wilcox, Special Agent, Florida Department of Law Enforcement

*Session 3: The Regulation, Oversight, and Prosecution of Mortgage Fraud in Miami*

J. Thomas Cardwell, Commissioner, Office of Financial Regulation, State of Florida

Wilfredo A. Ferrer, United States Attorney, Southern District of Florida

R. Scott Palmer, Special Counsel and Chief of the Mortgage Fraud Task Force, Office of the Attorney General, State of Florida

**Public Hearing on the Impact of the Financial Crisis—Sacramento, California Department of Education, Sacramento, CA, September 23, 2010**

*Session 1: Overview of the Sacramento Housing and Mortgage Markets and the Impact of the Financial Crisis on the Region*

Mark Fleming, Chief Economist, CoreLogic

*Session 2: Mortgage Origination, Mortgage Fraud and Predatory Lending in the Sacramento Region*

Karen J. Mann, President and Chief Appraiser, Mann and Associates Real Estate Appraisers & Consultants

Thomas C. Putnam, President, Putnam Housing Finance Consulting

Kevin Stein, Associate Director, California Reinvestment Coalition

Benjamin B. Wagner, United States Attorney, Eastern District of California

*Session 3: The Mortgage Securitization Chain: From Sacramento to Wall Street*

Vicki Beal, Senior Vice President, Transaction Management, Clayton Holdings, LLC

Kurt Eggert, Professor of Law, Chapman University School of Law

D. Keith Johnson, Former President and Chief Executive Officer, Washington Mutual's Long Beach Mortgage

*Session 4: The Impact of the Financial Crisis on Sacramento Neighborhoods and Families*

Pam Canada, Chief Executive Officer, NeighborWorks Home Ownership Center–Sacramento Region

Mona Tawatao, Regional Counsel, Legal Services of Northern California

Bruce Wagstaff, Agency Administrator, County of Sacramento Countywide Services Agency

Clarence Williams, President, California Capital Financial Development Corporation

Henry W. Wirz, President and Chief Executive Officer, SAFE Credit Union

*Public Testimony Presented*

Allen Carpenter

Lovie M. Hollis

Nia Lavulo