# EXHIBIT 4

| AGREEMENT TO TRANSFER RECORDS TO THE NATIONAL ARCHIVES OF THE UNITED STATES | 1. INTERIM CONTROL NO. *(NARA Use Only)* |
|---|---|

## TERMS OF AGREEMENT

The records described below and on the attached _____ pages are deposited in the National Archives of the United States in accordance with 44 U.S.C. 2107. The transferring agency certifies that any restrictions on the use of these records are in conformance with the requirements of 5 U.S.C. 552.

In accordance with 44 U.S.C. 2108, custody of these records becomes the responsibility of the Archivist of the United States at the time of transfer of the records. It is agreed that these records will be administered in accordance with the provisions of 44 U.S.C. Chapter 21, 36 CFR XII, 36 CFR Part 1256 and such other rules and regulations as may be prescribed by the Archivist of the United States (the Archivist). Unless specified and justified below, no restrictions of the use of these records will be imposed other than the general and specific restrictions on the use of records in the National Archives of the United States that have been published in 36 CFR Part 1256 or in the *Guide to the National Archives of the United States*. The Archivist may destroy, donate or otherwise dispose of any containers, duplicate copies, unused forms, blank stationery, nonarchival printed or processed material, or other nonrecord material in any manner authorized by law or regulation. Without further consent, the Archivist may destroy deteriorating or damaged documents after they have been copied in a form that retains all of the information in the original document. The Archivist will use the General Records Schedule and any applicable records disposition schedule (SF 115) of the transferring agency to dispose of nonarchival materials contained in this deposit.

| 2A. AGENCY APPROVAL  Signature _____ Date _____ | 3A. NARA APPROVAL  Signature _____ Date _____ |
|---|---|
| 2B. NAME, TITLE, MAILING ADDRESS | 3B. NAME, TITLE, MAILING ADDRESS |

## RECORDS INFORMATION

**4A. RECORDS SERIES TITLE**

**4B. DATE SPAN OF SERIES**  *(Attach any additional description)*

| 5A. AGENCY OR ESTABLISHMENT | 9. PHYSICAL FORMS |
|---|---|
| | ☐ Paper Documents    ☐ Posters |
| 5B. AGENCY MAJOR SUBDIVISION | ☐ Paper Publications    ☐ Maps and Charts |
| | ☐ Microfilm / Microfiche    ☐ Arch / Eng Drawings |
| 5C. AGENCY MINOR SUBDIVISION | ☐ Electronic Records    ☐ Motion / Sound / Video |
| | ☐ Photographs    ☐ Other *(Specify):* _____ |
| 5D. UNIT THAT CREATED RECORDS | 10. VOLUME:    CONTAINERS:  Cu. Mtr. ___ (Cu. Ft. ___ )  Number ___ Type ___ |
| 5E. AGENCY PERSON WITH WHOM TO CONFER ABOUT THE RECORDS  Name: _____  Telephone Number: (___) _____ | 11. DATE RECORDS ELIGIBLE FOR TRANSFER TO THE ARCHIVES |
| | 12. ARE RECORDS FULLY AVAILABLE FOR PUBLIC USE? |
| 6. DISPOSITION AUTHORITY | ☐ YES    ☐ NO   *(If no, attach limits on use and justification.)* |
| 7. IS SECURITY CLASSIFIED INFORMATION PRESENT? ☐ NO ☐ YES  LEVEL: ☐ Confidential ☐ Secret ☐ Top Secret  SPECIAL MARKINGS: ☐ RD/FRD ☐ SCI ☐ NATO  ☐ Other _____  INFORMATION STATUS: ☐ Segregated ☐ Declassified | 13. ARE RECORDS SUBJECT TO THE PRIVACY ACT?  ☐ YES ☐ NO  *(If yes, cite Agency System Number and Federal Register volume and page number of most recent notice and attach a copy of this notice.)* |
| | 14. ATTACHMENTS  ☐ Agency Manual Excerpt    ☐ Listing of Records Transferred  ☐ Additional Description    ☐ NA Form 14097 or Equivalent  ☐ Privacy Act Notice    ☐ Microfilm Inspection Report  ☐ Other *(specify):* _____    ☐ SF(s) 135 |
| 8. CURRENT LOCATION OF RECORDS  ___ Agency (Complete 8A only)  ___ Federal Records Center (Complete 8B only) | |
| 8A. ADDRESS _____ | |
| 8B. FRC ACCESSION NUMBER   CONTAINER NUMBER(S)   FRC LOCATION | |

## NARA PROVIDES

| 15. SHIPPING INSTRUCTIONS TO AGENCIES/REMARKS REGARDING DISPOSITION | RG |
|---|---|
| 16. RECORDS ACCEPTED INTO THE NATIONAL ARCHIVES OF THE UNITED STATES  Signature _____ Date _____ | 17. NATIONAL ARCHIVES ACCESSION NO. |

NATIONAL ARCHIVES AND RECORDS ADMINISTRATION

SF 258 (9/95)  
Prescribed by NARA 36 CFR 1228

# INSTRUCTIONS

GENERAL: This form may be initiated by the transferring agency or the National Archives and Records Administration (NARA). Prepare a separate SF 258 for each series or SF 115 item being transferred.

WHEN INITIATED BY AN AGENCY: The agency completes blocks 2 and 4 through 14 using the instructions below. Block 2 must be signed and dated. Send the original to the appropriate address 60 days before the records are to be transferred to the National Archives.

WHEN INITIATED BY NARA: NARA completes blocks 1 and 4 through 14 and sends the original to the transferring agency's records officer. The agency completes block 2, completes or corrects blocks 4 through 14. Block 2 must be signed and dated. The agency sends the original to the appropriate address 60 days before the records are to be transferred to the National Archives.

MAILING ADDRESS: Mail the completed form to either the address below or to the appropriate National Archives regional archives.
Accessions Control Staff (NN-E)
Office of the National Archives
National Archives and Records Administration
8601 Adelphi Road
College Park, MD 20740-6001
If you do not know the address of the appropriate regional archives, telephone the Accessions Control Staff at 301-713-6655.

\* \* \*

1. INTERIM CONTROL AGENCY: *Leave blank.* NARA will fill in.

2. AGENCY APPROVAL: The agency records officer having the delegated authority to transfer the records with NARA should sign and date the form here (2A) and provide his/her name, title and mailing address (2B).

3. NARA APPROVAL: When a proposal to transfer records to the National Archives of the United States is approved, the appropriate NARA official completes 3A and 3B.

4A/B. RECORDS SERIES TITLE/DATE SPAN OF SERIES: The information provided should include a records series title, a statement of how the records are arranged, dates of coverage, and sufficient detail to describe the body of records being transferred. If access to the records is gained or facilitated through an index, box list, or other finding aid, include it with the records being transferred. Indicate the appropriate disposition authority number if the index is scheduled separately. If the records are in a Federal records center (FRC) attach each applicable SF 135, Records Transmittal and Receipt. For electronic records, describe any related documentation.

5. Fully identify the unit (5D) that created or organized the records. Usually this is not the agency's records management office. Place the creating unit within its organizational hierarchy (5A-5C). For example, the responsible unit is a branch (5D), within a division (minor subdivision) (5C), within an office (major subdivision) (5B), and within the agency or major component of a department (5A). Block 5A should be the official or legal name of the agency or bureau as published in the *U.S. Government Manual*. In block 5E include the name and telephone number (including the area code) of a person who should be contacted if NARA has any questions about the records. If the originating agency no longer exists, provide the name of the contact person at the successor agency.

6. DISPOSITION AUTHORITY: This citation must be included. It can be either the item number assigned to the records within a records disposition schedule (SF 115) approved by NARA or the item number assigned to the records within an agency records disposition manual based on a NARA-approved SF 115. If the agency manual number is used, attach a copy of the pertinent pages from the agency manual.

7. IS SECURITY CLASSIFIED INFORMATION PRESENT? If the records contain security classified information, check "Yes" and indicate the highest level of classification present. Indicate any additional applicable national security special access restrictions (e.g., Sensitive Compartmented Information - SCI or North Atlantic Treaty Organization - NATO). Restricted Data and Formerly Restricted Data - RD/FRD - refers to information subject to the Atomic Energy Act of 1954. Check "Segregated" to indicate that security classified records have been segregated from unclassified records or information subject to special access restrictions has been segregated from other classified information. Check "Declassified" to indicate whether any records have been declassified, and provide both the authority for declassification and a description of the declassified records.

8. CURRENT LOCATION OF RECORDS: Check the appropriate box for the current location of the records. If the records currently are in a Federal records center, complete 8B. If the records are located in the transferring agency or other location, complete 8A.

8A. For records located in the transferring agency or other location, provide a complete address.

8B. For records located in a Federal records center, name the center, provide the FRC accession number and container number(s), and the FRC location.

9. PHYSICAL FORM(S): Check all the boxes that apply to the records included in the transfer.

10. VOLUME: Include both the cubic feet of the records and the number and type of containers holding the records. For example:
Cu. ft.15: Number 15: Type FRC boxes.
Provide separate volume figures for each physical type of records, continuing on a separate sheet as necessary.

11. DATE RECORDS ELIGIBLE FOR TRANSFER TO THE ARCHIVES: Indicate the date the records are eligible for deposit in the National Archives. This date is determined by the disposition instructions for each item in the approved SF 115 or agency manual.

12. ARE THE RECORDS FULLY AVAILABLE FOR PUBLIC USE? If the records are exempt from release pursuant to the FOIA, 5 U.S.C. 552(b)(1)-(9) and (c)(1)-(3), this must be fully justified). List all exemptions that apply. If exemption (b)(1) is cited, complete block 7 accordingly. If (b)(3) is cited, include the full citation for the relevant statute. If the records are subject to copyright, identify affected items and the copyright holder.

13. ARE THESE RECORDS SUBJECT TO THE PRIVACY ACT? The National Archives is required to notify the public, through the *Federal Register*, when it takes custody of records subject to the provisions of the Privacy Act, 5 U.S.C. 552a. The originating agency should use this block to indicate whether the records covered by this SF 258 are part of a Privacy Act "system of records" and include a citation to and a copy of the Privacy Act notice published by the agency for the system. NARA will use the transferring agency's notice to inform the public, through the *Federal Register*, that the records have been transferred to the National Archives and that no further modification of them is possible.

14. ATTACHMENTS: Check the appropriate box(es) and indicate the attachment(s) being submitted with this form.

15. SHIPPING INSTRUCTIONS TO AGENCIES/REMARKS REGARDING DISPOSITION: NARA uses this space to provide shipping instructions relating to transfers.

16. RECORDS ACCEPTED INTO THE NATIONAL ARCHIVES OF THE UNITED STATES: The appropriate NARA representative signs block 16 after the records have been received at a NARA facility and NARA has confirmed that the records received are the records described in block 4. Transfers to NARA are not final until NARA has signed block 16. NARA sends the agency a copy of the completed form.

17. NATIONAL ARCHIVES ACCESSION NO.: NARA assigns this unique, permanent control number to each transfer of records.