# EXHIBIT 5

About the FCIC at SLS (/about)   The Report (/report)

Hearings & Testimony (/hearings)                                    Resource Library (/resource)

# FCIC AT STANFORD LAW

FCIC at Stanford Law (/about/stanford)

History of the Commission (/about/history)

Work of the Commission (/about/work)

Biographies (/about/biographies)

**Phil Angelides**
Chairman
**(/about/biographies/phil-angelides)**

**Hon. Bill Thomas**
Vice Chairman
**(/about/biographies/bill-thomas)**

**Brooksley Born**
Commissioner
**(/about/biographies/brooksley-born)**

**Byron S. Georgiou**
Commissioner
**(/about/biographies/byron-s-georgiou)**

**Bob Graham**
Commissioner
**(/about/biographies/bob-graham)**

**Keith Hennessey**
Commissioner
**(/about/biographies/keith-hennessey)**

**Douglas Holtz-Eakin**
Commissioner
**(/about/biographies/douglas-holtz-eakin)**

**Heather H. Murren, CFA**
Commissioner
**(/about/biographies/heather-h-murren)**

**John W. Thompson**
Commissioner
**(/about/biographies/john-**

The Financial Crisis Inquiry Commission (FCIC) created a website dedicated to reporting on matters related to its mission and purpose but by federal mandate the operations of the FCIC ceased to exist on February 13, 2011. However, the FCIC believed it was in the public interest to allow information related to its findings to continue to be made available on a publicly available website. In this capacity, the Rock Center for Corporate Governance at Stanford University and the Robert Crown Law Library at Stanford Law School (SLS) have agreed to host the new website and make the data more accessible in the coming years.

The Rock Center for Corporate Governance is a leading national center to advance the understanding and practice of corporate governance and Stanford Law School is a leading center for empirical legal analysis and interdisciplinary research.

The "official" archival FCIC website will be maintained by the "cybercemetery", a joint venture of the United States Government Printing Office and the University of North Texas Libraries. The CyberCemetery is an archive of government websites that have ceased operation (usually websites of defunct government agencies and commissions that have issued a final report). See http://www.cybercemetery.unt.edu/archive/fcic/20110310172443/http://fcic.gov/ (http://www.cybercemetery.unt.edu/archive/fcic/20110310172443/http://fcic.gov/).

w-thompson)

**Peter J. Wallison**
Commissioner
**(/about/biographies/peter-j-wallison)**

Staff (/about/staff)

Policies (/about/policies)

FAQs (/about/faqs)

Home (/) | About the FCIC at SLS (/about) | The Report (/report) | Hearings & Testimony (/hearings) | Resource Library (/resource) |
Contact Us (http://www.stanford.edu/dept/law/forms/fcic/contact.fb)

This is the live, searchable Financial Crisis Inquiry Commission (FCIC) website hosted by Stanford University's Rock Center for Corporate Governance (http://rockcenter.stanford.edu/) and Stanford Law School (http://www.law.stanford.edu/).
To visit the frozen FCIC website, which is a federal record managed on behalf of the National Archives and Records Administration, please visit:
http://www.cybercemetery.unt.edu/archive/fcic/20110310172443/http://fcic.gov/ (http://www.cybercemetery.unt.edu/archive/fcic/20110310172443/http://fcic.gov/)