# EXHIBIT 6

## Congress of the United States
### Washington, DC 20515

February 18, 2011

The Honorable David S. Ferriero
Archivist of the United States
National Archives and Records Administration
700 Pennsylvania Avenue, NW
Washington, DC 20408

Dear Mr. Ferriero:

It is our understanding that the National Archives and Records Administration (NARA) is in possession of records from the Financial Crisis Inquiry Commission (FCIC). The FCIC is the subject of an investigation by the Committees on Oversight and Government Reform and Financial Services of the House of Representatives. The records of the FCIC in NARA's possession are necessary to the Committees' investigation. We are writing to request that NARA provide electronic copies of these records to the Committees.

Specifically, the records of interest to the Committees consist of the internal work product of the FCIC, including e-mails, memoranda and financial accounting records. Mr. Matt Fulgham, Assistant Director of the Center for Legislative Archives at NARA, has informed us that this material was transferred to NARA electronically and can be copied onto electronic storage media for delivery to our Committees. We request that NARA produce to the Committees identical copies of the internal work product of the FCIC that was provided to NARA.

We request that you provide the requested documents and information as soon as possible, but no later than 5:00 p.m. on Friday, February 25, 2011. When producing documents to the Committees, please deliver production sets to: (1) the Majority Staff of the House Oversight and Government Reform Committee in Room 2157 of the Rayburn House Office Building; (2) the Minority Staff of the House Oversight and Government Reform Committee in Room 2471 of the Rayburn House Office Building; (3) the Majority Staff of the House Financial Services Committee in Room 2129 of the Rayburn House Office Building, and; (4) the Minority Staff of the House Financial Services Committee in Room B-371A of the Rayburn House Office Building.

The Honorable David S. Ferriero
February 18, 2011
Page 2


If you have any questions about this request, please contact Brien Beattie of the
House Oversight and Government Reform Committee Staff at (202) 225-5074.

Sincerely,

Darrell Issa
Chairman
Committee on Oversight
and Government Reform

Spencer Bachus
Chairman
Committee on Financial Services

Patrick McHenry
Chairman
Subcommittee on TARP, Financial
Services, and Bailouts of Public and
Private Programs

Randy Neugebauer
Chairman
Subcommittee on Oversight and
Investigations


cc:  The Honorable Elijah E. Cummings, Ranking Minority Member,
        Committee on Oversight and Government Reform
     The Honorable Barney Frank, Ranking Minority Member,
        Committee on Financial Services
     The Honorable Mike Quigley, Ranking Member
        Subcommittee on TARP, Financial Services, and Bailouts of Public
        and Private Programs
     The Honorable Michael Capuano, Ranking Member
        Subcommittee on Oversight and Investigations