# EXHIBIT 8

Peter J. Wallison
1880 Lazy O Road
Snowmass, Colorado 81654
Pwallison@aol.com

March 13, 2012

The Honorable David S. Ferriero
Archivist of the United States
The National Archives and Records Administration
8601 Adelphi Road
College Park, MD 20740-6001
david.ferriero@nara.gov


Re: Request for Access to the Records of the Financial Crisis Inquiry Commission Pursuant to SF 258 Agreement to Transfer Records to the National Archives of the United States

Dear Mr. Ferriero:

As a member of the Financial Crisis Inquiry Commission (Commission), and in accordance with the terms and conditions under which Commission records were transferred to the National Archives and Records Administration (NARA or Archives) on or about February 11, 2011, I write to request access to Commission records that are currently stored at NARA.

Pursuant to a SF 258 Agreement, dated February 11, 2011, Commission records were transferred to the Archives under terms specified in that agreement and specified in a letter February 10, 2011, from Phil Angelides, the Chairman of the Commission. In the Angelides letter, he instructed the Archives to grant members of the Commission "access to Commission records," noting that "it is important that the ten Commissioners . . . have continuing access to the Commission's records once the records are transferred to NARA."

My request is based on more than the Angelides letter. On July 13, 2011, the minority staff of the Committee on Oversight and Government Reform, U.S. House of Representatives (the Oversight Committee), published a memorandum that made use Commission materials that had been turned over to the Oversight Committee by the Archives. A copy of this report can be found here:
http://democrats.oversight.house.gov/images/stories/MINORITY/fcic%20report/FCIC%20Report%2007-13-11.pdf
The memorandum contained a number of personal attacks on me, many of which were inaccurate and taken out of the context in which they were embedded. In order to respond to those attacks, I must have access to the same material that was furnished by the Archives to the Oversight Committee.

      I understand that NARA has a policy of honoring the terms and conditions under which records are transferred to the Archives. Accordingly, consistent with the terms of the Angelides letter, and my right as a member of the Commission to have access to these materials, I am hereby requesting access to a portion of the Commission records currently stored at NARA. Specifically, I would like copies of the materials that were provided to the Oversight Committee in response to a request by Chairman Darrell Issa (R-CA). In an effort to facilitate production of these records in a timely, convenient, and expeditious manner, I prefer to receive the aforementioned Commission records in the same form that they were provided to the Oversight Committee.

      Thank you in advance for your prompt cooperation. I look forward to timely receipt of the requested Commission records.

      Sincerely,

      Peter J. Wallison
      Commissioner
      Financial Crisis Inquiry Commission

cc:    Gary M. Stern, General Counsel (garym.stern@nara.gov)