# EXHIBIT 9

April 5, 2012

Gary Stern
General Counsel
National Archives and Records Administration
8601 Adelphi Road
College Park, MD 20740-6001

### RE: Phone Conversation on 3/29

Dear Gary:

      I was somewhat disappointed to hear in our telephone conversation last week that the Archives has a policy that would make it very difficult for me, or anyone else with permitted access to a commission's records, actually to make use of that right. As I mentioned in my initial letter, I was a victim of a tendentiously drafted memorandum by the minority staff of the House Committee on Oversight and Government Reform, based on material supplied to the Committee by the Archives. Yet, as you explained it in our telephone conversation, I personally could look at what you sent to the Committee, but no one working on my behalf could do so. Given the volume of material involved, and my limited time, that is essentially the same thing as telling me I have no right to view this material.

      You indicated that NARA's policy is that any commissioner of any commission (including the Financial Crisis Inquiry Commission) has the right to review documents in case—among other things—the commissioner is called to testify in a legal or congressional proceeding. Furthermore, you explained that NARA has the originals of all documents, including the materials provided to the Hon. Darrel Issa, Chairman of the Committee. You stated that NARA will allow me to review these records on-site, but that I am not allowed to engage counsel for that purpose. That is surprising, given the nature of the exception. If I were called to testify, I could be accompanied by counsel, and my counsel would certainly be entitled to examine and draw from everything I might be entitled to see. In my case, I would like to have the assistance of counsel in reviewing the FCIC records in order to be properly advised about a response to the Oversight Committee's minority staff report, which was based on the FCIC materials supplied to the Committee by the Archives.

      Is the policy you outlined an official policy of the Archives? Is it published somewhere? If so, I'd appreciate a reference to it so that I can examine it in context. If it is not published, I'd like to understand how it could be a policy of the Archives, rather than just an arbitrary limit that was added to the terms of the transfer of the documents from the FCIC.

Please contact me if any of the above is not an accurate record of our conversation or if you have questions regarding my request. I look forward to your reply.

Sincerely,

PETER WALLISON
FORMER COMMISSIONER
FINANCIAL CRISIS INQUIRY COMMISSION