# EXHIBIT 10

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAUSE OF ACTION,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)    1:12-CV-1342 (JEB)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF DANIEL Z. EPSTEIN

I, Daniel Z. Epstein, pursuant to 28 U.S.C. § 1746, do hereby declare and state:

1. I am currently Executive Director and Founder of Cause of Action, formerly Freedom Through Justice Foundation. I have been in this position since August 15, 2011.

2. Cause of Action is a nonprofit, nonpartisan organization that uses investigative, legal, and communications tools

to educate the public on how government accountability and transparency protects taxpayer interests and economic opportunity..

3. For the period 02/02/2009 to 08/01/2011, inclusive, I served as Counsel to the House Committee on Oversight and Government Reform ("House Oversight Committee").

4. I have personal knowledge of the facts set out herein, based upon my service as Counsel to the House Oversight Committee.

5. The Financial Crisis Inquiry Commission ("FCIC" or "Commission") was created by Section 5 of the Fraud Enforcement and Recovery Act of 2009 ("FERA"), Pub. Law No. 111-21, § 5, 123 Stat. 1617, 1625-31 (2009), to report to Congress and the President its findings and conclusions on the causes of the U.S. financial and economic crisis.

6. The House Oversight Committee requested FCIC records, including e-mails, from FCIC in late 2010 and early 2011.

7. NARA produced all of the records and materials requested by the House Oversight Committee in an electronic format on electronic disks.

8. NARA's production of FCIC records and materials to the House Oversight Committee was not done pursuant to a subpoena or any other form of legally-compelled disclosure.

9. NARA's production of FCIC records and materials the House Oversight Committee was done pursuant to a letter dated February 18, 2011 signed by The Honorable Darrell Issa, Chairman of the House Oversight Committee, the Honorable Spencer Bachus, Chairman of the House Financial Services Committee, The Honorable Patrick McHenry, Chairman of the Subcommittee on TARP, Financial Services, and Bailouts of Public and Private Programs, and The Honorable

Randy Neugebauer, Chairman of the Subcommittee on Oversight and Investigations.

10. After the House Oversight Committee's request on February 18, 2011, NARA informed the Committee that it would take time to format the documents into database (".db") files, and that the Committee's IT Technician, J.R. Deng, would have to place those files onto a server that could run Concordance, the document review software used by the Committee.

11. Based upon my observations while Counsel for the House Oversight Committee, at a minimum, NARA has created database files of the FCIC records.

**I declare under penalty of perjury that the foregoing Declaration is true and correct.**

_____
**DANIEL Z. EPSTEIN**

**Executed this** __18__ **day of December, 2012.**