**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CAUSE OF ACTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:12-cv-1342 (JEB) |
| | ) | |
| NATIONAL ARCHIVES AND | ) | |
| RECORDS ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER

Upon consideration of Plaintiff's Opposition to Defendant's Motion to Dismiss or in the

Alternative for Summary Judgment, and Plaintiff's Cross-Motion for Summary Judgment, and in

consideration of the entire Record hereunder, it appearing to the Court that no issues of material fact

exist and that Plaintiff is entitled to judgment as a matter of law, it is hereby

**ORDERED,** that Defendant's Motion to Dismiss or in the Alternative for Summary

Judgment be and the same is hereby **DENIED, AND IT IS FURTHER**

**ORDERED,** that Plaintiff's Cross-Motion for Summary Judgment be and the same

is hereby **GRANTED.**


_____
**JAMES E. BOASBERG**
**UNITED STATES DISTRICT JUDGE**

Copies to:      Karen M. Groen, Esq.
                Daniel Z. Epstein, Esq.
                Cause of Action, Inc.
                1919 Pennsylvania Avenue, NW
                Suite 650
                Washington, DC 20037
                *Counsel for Plaintiff*
                **VIA ECF**

                Daniel S. Schwei
                Trial Attorney—United States Dept. of Justice
                Civil Division, Federal Programs Branch
                20 Massachusetts Avenue, NW
                Washington, DC 20530
                *Counsel for Defendant*
                **VIA ECF**