# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAUSE OF ACTION, INC.,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | 1:12-cv-1342 (JEB) |
| ) | |
| NATIONAL ARCHIVES AND    ) | |
| RECORDS ADMINISTRATION,    ) | |
| ) | |
| Defendant.    ) | |
| _____ ) | |

## ORDER

Upon consideration of Plaintiff's Motion to Strike the Declarations of Thomas E. Mills and Robert Matthew Fulgham, Jr., or in the Alternative for Leave of Court to Take Limited Discovery, and in consideration of the entire Record hereunder, it appearing to the Court that good cause exists for Plaintiff's Motion, it is hereby

**ORDERED,** that Plaintiff's Motion to Strike the Declarations of Thomas E. Mills and Robert Matthew Fulgham, Jr. be and the same is hereby **GRANTED, AND IT IS FURTHER**

**ORDERED,** that Plaintiff's Motion in the Alternative for Leave of Court to Take Limited Discovery be and the same is hereby **GRANTED,** with deponent Robert Matthew Fulgham, Jr. to appear for deposition on _____ at _____, for the limited purpose of examination regarding his Declaration submitted in support of Defendant's Motion to Dismiss or in the Alternative for Summary Judgment.

_____
**JAMES E. BOASBERG**
**UNITED STATES DISTRICT JUDGE**

Copies to:       Karen M. Groen, Esq.
                 Daniel Z. Epstein, Esq.
                 Cause of Action, Inc.
                 1919 Pennsylvania Avenue, NW
                 Suite 650
                 Washington, DC 20037
                 Counsel for Plaintiff
                 VIA ECF

                 Daniel S. Schwei
                 Trial Attorney---U.S. Dept. of Justice
                 Civil Division, Federal Programs Branch
                 20 Massachusetts Avenue, NW
                 Washington, DC 20530
                 Counsel for Defendant
                 VIA ECF