**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAUSE OF ACTION, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 12-1342 (JEB) |
| ) | |
| NATIONAL ARCHIVES AND ) | |
| RECORDS ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

**SUPPLEMENTAL DECLARATION OF ROBERT MATTHEW FULGHAM, Jr.**

I, Robert Matthew Fulgham, Jr., pursuant to 28 U.S.C. § 1746, do hereby declare and state:

1. My prior declaration was submitted in connection with to defendant's motion to dismiss or in the alternative for summary judgment, dated October 31, 2012, and located at ECF No. 8-4. I have read plaintiff's opposition to defendant's motion and wish to provide this supplemental declaration to specifically respond to factual assertions made in the opposition brief and Exhibit 10 thereto, the Declaration of Daniel Z. Epstein.

2. I make this declaration based on personal knowledge and information supplied to me by my staff.

3. On February 18, 2011, the Archivist of the United States received an official request from the House of Representatives' Committees on Oversight and Government Reform and Financial Services for selected electronic records of the Financial Crisis Inquiry Commission (FCIC). Center for Legislative Archives IT staff copied the requested FCIC electronic records exactly as they were transferred to our custody. The records housed in the FCIC's Net Documents System were copied to portable drives and delivered to each committee on March 3 and 4, 2011. The FCIC's email files, accessioned directly from

1

FCIC's vendor, were all copied to portable drives and supplied to the Committees on March 30, 2011. The Center did not supply any paper documents, only records the FCIC maintained in electronic format.

4. My understanding is that J.R. Deng, the Chief Information Officer to the Committee on Oversight and Government Reform, contacted Brien Beattie of the Committee's Majority Staff, informing him that the emails we supplied were not importing into the Committee's Concordance database properly. Mr. Beattie forwarded this email to T. Ashley Smoot, the former IT specialist in my office (the Center for Legislative Archives). Mr. Smoot recommended software and provided advice to Mr. Deng on how to open the e-mail files. Mr. Deng requested more assistance, so Mr. Smoot created another copy of the FCIC's email files, converted those files from .eml format to .pst format at the request of Mr. Deng, and supplied those converted email files to Mr. Deng on a separate portable drive in April 2011.  These converted files were still exact duplicates of the underlying records the FCIC provided to NARA.

5. Aside from the electronic conversion of the email files from .eml format to .pst format, NARA did not perform any alteration or formatting of the FCIC records.

6. The actions that Mr. Smoot and other members of my office undertook to provide electronic duplicates and/or converted files does not represent systematic organization, indexing, or finding aid development, of the type described in my initial Declaration at ¶ 38.   All of the burdensome archival functions, including line-by-line review of documents to determine what information should be deemed exempt from public release,

*id.* at ¶ 39, remain to be accomplished before public access may be provided in the future to this subcollection of FCIC records.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of January, 2013, in Washington, D.C.

_____
ROBERT MATTHEW FULGHAM, JR.